UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
ERIKA ALEXANDRIA, *on behalf of herself and all*   :
*others similarly situated*,   :
:
                             Plaintiffs,   :           25-CV-9862 (JMF)
:
        -v-   :           <u>ORDER</u>
:
CAVA GROUP, INC.,   :
:
                       Defendant.   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiffs allege that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: December 2, 2025
      New York, New York                               JESSE M. FURMAN
                                          United States District Judge